# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES FULMORE,**<br>    Plaintiff, | **CIVIL ACTION** |
| v. | |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security Administration,**<br>    Defendant. | **NO. 14-4594** |

## O R D E R

**AND NOW**, this 30th day of June, 2015, upon consideration of Plaintiff's Request for Review, the record in this case, the Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated April 21, 2015, Plaintiff's Objections to Report and Recommendation of Magistrate Judge, and Defendant's Response to Plaintiff's Objections to Report and Recommendation of Magistrate Judge, **IT IS ORDERED** as follows:

1. The Report and Recommendation of United States Magistrate Judge Jacob P. Hart dated April 21, 2015, is **APPROVED** and **ADOPTED**;

2. Plaintiff's Objections to Report and Recommendation of Magistrate Judge are **OVERRULED** for the reasons stated in the Report and Recommendation which the Court has approved and adopted;

3. Plaintiff's Request for Review is **DENIED**; and,

4. **JUDGMENT IS ENTERED IN FAVOR** of defendant, Carolyn W. Colvin, Acting Commissioner of Social Security and **AGAINST** plaintiff, James Fulmore.

                                    **BY THE COURT:**

                                    **/s/ Hon. Jan E. DuBois**
                                    _____
                                    **DuBOIS, JAN E., J.**